IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| Jane Doe (K.R.D.),<br>Plaintiff,<br><br>v.<br><br>Hilton Resorts Corporation;<br>Hilton Management LLC;<br>Hilton Franchise Holding LLC;<br>Hilton Hotels Corporation;<br>and Skyline Avatar House, LP,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.: 5:24-cv-03499<br><br>**ORDER OF DISMISSAL** |

Before the Court is Plaintiff's Notice of Dismissal. Plaintiff seeks a dismissal without prejudice as to Defendants Hilton Resorts Corporation, Hilton Management LLC, Hilton Franchise Holding LLC, Hilton Hotels Corporation, and Skyline Avatar House, LP pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is therefore **ORDERED** that Plaintiff's Notice of Dismissal of Defendants Hilton Resorts Corporation, Hilton Management LLC, Hilton Franchise Holding LLC, Hilton Hotels Corporation, and Skyline Avatar House, LP is hereby **GRANTED**. Plaintiff's claims against Defendants Hilton Resorts Corporation, Hilton Management LLC, Hilton Franchise Holding LLC, Hilton Hotels Corporation, and Skyline Avatar House, LP are hereby **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs with respect to those claims.

It is further **ORDERED** that all Court dates and deadlines as they relate to Defendants Hilton Resorts Corporation, Hilton Management LLC, Hilton Franchise Holding LLC, Hilton Hotels Corporation, and Skyline Avatar House, LP are hereby **VACATED**, and all pending

motions filed by Defendants Hilton Resorts Corporation, Hilton Management LLC, Hilton Franchise Holding LLC, Hilton Hotels Corporation, and Skyline Avatar House, LP are hereby **DENIED AS MOOT**.

UNITED STATES DISTRICT COURT

GRANTED

Judge Nathanael M. Cousins

NORTHERN DISTRICT OF CALIFORNIA

Nathan
Magistr